IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ORLANDO BETHEL, <u>et</u> <u>al</u>.,** : | |
| Plaintiffs, : | |
| vs. : | CIVIL ACTION  10-0614-CG-C |
| **BALDWIN COUNTY DEPARTMENT** : **OF HUMAN RESOURCES, <u>et</u> <u>al</u>.,** | |
| : | |
| Defendants. | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 3rd day of February, 2012.

/s/  Callie V. S. Granade<br>
UNITED STATES DISTRICT JUDGE