IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ORLANDO BETHEL, <u>et</u> <u>al</u>.,**   :

    **Plaintiffs,**   :

**vs.**   :   CIVIL ACTION  10-0614-CG-C

**BALDWIN COUNTY DEPARTMENT**   :
**OF HUMAN RESOURCES, <u>et</u> <u>al</u>.,**

       :

    **Defendants.**

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 3rd day of February, 2012.

                                                   /s/  Callie V. S. Granade
                                                 UNITED STATES DISTRICT JUDGE